# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2020

158302 (73)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MEEMIC INSURANCE COMPANY,
　　　　　Plaintiff/Counterdefendant-
　　　　　Appellant,

v

LOUISE M. FORTSON and RICHARD A.
FORTSON, Individually and as Conservator
for JUSTIN FORTSON,
　　　　　Defendants/Counterplaintiffs-
　　　　　Appellees.
_____/

SC: 158302
COA: 337728
Berrien CC: 2014-000260-CK

　　　　On order of the Court, the motion for rehearing of the Court's July 29, 2020 opinion is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2020



Clerk

p0916